**FILED**

FEB 23 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>v.<br><br>FRANK JOSEPH ALIOTO,<br><br>    Defendant. | Case No. 2:12-MJ-0055 KJN<br>**UNDER SEAL**<br><br>ORDER SEALING CRIMINAL COMPLAINT<br><br>**SEALED** |

O R D E R

Pursuant to Local Rule 141(b) and based upon the Government's Request to Seal, **IT IS HEREBY ORDERED** that the Criminal Complaint and incorporated affidavit for and the Government's Request to Seal and this Court's Order in this case shall all be **SEALED** until further order of this Court.

**IT IS SO ORDERED.**

DATED: Feb 23, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE