**FILED**

APR 19 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, <br><br> Plaintiff, <br><br> v. <br><br> FRANK ALIOTO, <br><br> Defendant. | Case No. 2:12-mj-0055 KJN <br><br> **UNDER SEAL** <br><br> ORDER UNSEALING CRIMINAL COMPLAINT |

O R D E R

Pursuant to Local Rule 141(f) and based upon the Government's Motion to Unseal the Criminal Complaint, **IT IS HEREBY ORDERED** that the Criminal Complaint and Affidavit in support of the Criminal Complaint in Mag. No. 2:12-mj-0055 GGH be, and is, hereby ordered **UNSEALED**.

**IT IS SO ORDERED.**

DATED: April 19, 2012

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE