```
                                              FILED
                                              May 2, 2012
                                              CLERK, US DISTRICT COURT
                                              EASTERN DISTRICT OF
                                              CALIFORNIA
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>            Plaintiff,        )<br>                              )<br>v.                            )<br>                              )<br>FRANK ALIOTO,                 )<br>                              )<br>            Defendant.        )<br>_____) | CASE NUMBER: 2:12-mj-00055 KJN<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Frank Alioto; Case 2:12-mj-00055 KJN</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of _____

    _X_  Unsecured Appearance Bond in the amount of $250,000.00, co-signed by defendant's mother, to be replaced by a secured bond, secured by all available equity in the real property owned by defendant's mother within 10 days

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond secured by Real Property

    __   Corporate Surety Bail Bond

    _X_  (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>5/2/2012</u> at <u>2:20 p.m.</u>

By _____
Kendall J. Newman
United States Magistrate Judge